**Order entered September 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00860-CV

**INOCENCIO COSTILLA, Appellant**

**V.**

**MARY LOU GARZA COSTILLA, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-53955-2012**

## ORDER

The reporter's record is past due. On July 30, 2014, the Court received a letter from Shawn Gant, Official Court Reporter for the 429th Judicial District Court of Collin County, Texas, informing the Court that although appellant requested the reporter's record, no payment had been made. In a letter dated July 31, 2014, the Court instructed appellant to provide this Court, within ten days, with written verification that he had paid or made arrangements to pay the court reporter's fee. We cautioned appellant that if we did not receive the required documentation within the time specified, we may order the appeal submitted without the reporter's record.

As of today's date, appellant has not filed the requested documentation. Accordingly, on the Court's own motion, we **ORDER** the appeal submitted without the reporter's record.

Appellant's brief is due **on or before OCTOBER 24, 2014**.

/s/     ELIZABETH LANG-MIERS
JUSTICE